```
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF INDIANA
                        FORT WAYNE DIVISION
```

CHRISTOPHER J. DIRIG,              )
                                   )
         Plaintiff,                )
                                   )
    v.                             )    NO. 1:08-CV-0028
                                   )
MERISSA RUNYON, *et al.*,          )
                                   )
         Defendants.               )

### ORDER

This matter is before the court on the order to cure deficiencies directed at the plaintiff on April 16, 2008. For the reasons set forth below, the court **DISMISSES** this case pursuant to Fed. R. Civ. P. 41(b), and **DIRECTS** the clerk to close this case.

Christopher Dirig was a prisoner confined at the New Castle Correctional Facility when he filed this case. The court determined that his submissions had several deficiencies including lack of summonses and lack of a signature on the complaint. The court afforded the plaintiff until May 17, 2008, within which to cure these deficiencies. The plaintiff has not responded, and the record reflects that copy of order sent to him was returned as undeliverable because he is no longer at the address he provided to the court. Because the plaintiff has not kept the court apprized of his current mailing address, the Court **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(b).

**DATED: May 22, 2008**                      /S/RUDY LOZANO, Judge
                                             **United States District Court**